| | AO44 |
|---|---|
| | (Rev. 12/89) |

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 20050196

**MAKE CHECKS PAYABLE TO:**

Karen Larson
Law Office of Karen Larson
933 Collier Court, C401
Marco Island, FL 34145

Phone:

R. Joy Stancel, RMR-CRR
Federal Official Court Reporter
2110 First Street
Fort Myers, FL 33901

Phone: (239) 461-2064

Tax ID: 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

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 07-25-2006   DATE DELIVERED: 07-27-2006

**Case Style:** 2:04-CV-26, Marco Island Cable v Comcast
Transcript of Jury Trial Day 2, 7/12/06.
Delivered via email to Mr. Baller and Ms. Larson

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 231 | 0.83 | 191.73 | | | | 191.73 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 191.73 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $191.73 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE  *R. Joy Stancel*   DATE 7-27-06

*(All previous editions of this form are cancelled and should be destroyed)*

| | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA | |
|---|---|---|
| AO44 (Rev. 12/89) | | |

INVOICE NO: 20050194

MAKE CHECKS PAYABLE TO:

Karen Larson
Law Office of Karen Larson
933 Collier Court, C401
Marco Island, FL 34145

Phone:

R. Joy Stancel, RMR-CRR
Federal Official Court Reporter
2110 First Street
Fort Myers, FL 33901

Phone: (239) 461-2064

Tax ID: 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

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 07-25-2006
DATE DELIVERED: 07-27-2006

**Case Style:** 2:04-CV-26, Marco Island Cable v Comcast
Transcript of Jury Trial Day 1, 7/11/06.  Delivered by email to James Baller and Karen Larson

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 136 | 0.83 | 112.88 | | | | 112.88 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 112.88 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $112.88 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE  /s/ R. Joy Stancel    DATE 7-27-06

(All previous editions of this form are cancelled and should be destroyed)

| AO 44 | | |
|---|---|---|
| (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA | |

INVOICE NO: 20050198

**MAKE CHECKS PAYABLE TO:**

Karen Larson
Law Office of Karen Larson
933 Collier Court, C401
Marco Island, FL 34145

Phone:

R. Joy Stancel, RMR-CRR
Federal Official Court Reporter
2110 First Street
Fort Myers, FL 33901

Phone: (239) 461-2064

Tax ID: 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

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 07-25-2006 | 08-01-2006 |

**Case Style:** 2:04-CV-26, Marco Island Cable v Comcast
Transcript of Jury Trial Day 3, 7/13/06

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 250 | 0.83 | 207.50 | | | | 207.50 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 207.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $207.50 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *R. Joy Stancel*  DATE: 8-1-06

(All previous editions of this form are cancelled and should be destroyed)

| | | | | |
|---|---|---|---|---|
| AO44 (Rev. 12/89) | | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA | | |
| | | INVOICE NO: 20050200 | | |

**MAKE CHECKS PAYABLE TO:**

Karen Larson
Law Office of Karen Larson
933 Collier Court, C401
Marco Island, FL 34145

Phone:

R. Joy Stancel, RMR-CRR
Federal Official Court Reporter
2110 First Street
Fort Myers, FL 33901

Phone: (239) 461-2064

Tax ID: 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

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 07-25-2006   DATE DELIVERED: 08-01-2006

**Case Style:** 2:04-CV-26, Marco Island Cable v Comcast
Transcript of Jury Trial Day 4, 7/14/06

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 199 | 0.83 | 165.17 | | | | 165.17 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                                 MISC. CHARGES:

| | |
|---|---|
| TOTAL: | 165.17 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $165.17 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE *R. Joy Stancel*   DATE 8-1-06

*(All previous editions of this form are cancelled and should be destroyed)*

| | AO44 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (Rev. 12/89) | | | | | | | | | |

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 20050206

**MAKE CHECKS PAYABLE TO:**

Karen Larson
Law Office of Karen Larson
933 Collier Court, C401
Marco Island, FL 34145

Phone:

R. Joy Stancel, RMR-CRR
Federal Official Court Reporter
2110 First Street
Fort Myers, FL 33901

Phone: (239) 461-2064

Tax ID: 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

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 08-01-2006

DATE DELIVERED: 08-03-2006

**Case Style:** 2:04-CV-26, Marco Island Cable v Comcast
Transcript of Jury Trial Day 5, 7/17/06

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 279 | 0.83 | 231.57 | | | | 231.57 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 231.57 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $231.57 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *R. Joy Stancel*   DATE: 8-3-06

*(All previous editions of this form are cancelled and should be destroyed)*

| | AO44 |
|---|---|
| | (Rev. 12/89) |

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 20050208

**MAKE CHECKS PAYABLE TO:**

Karen Larson
Law Office of Karen Larson
933 Collier Court, C401
Marco Island, FL 34145

Phone:

R. Joy Stancel, RMR-CRR
Federal Official Court Reporter
2110 First Street
Fort Myers, FL 33901

Phone: (239) 461-2064

Tax ID: 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

☐ CRIMINAL  ☒ CIVIL  DATE ORDERED: 08-01-2006  DATE DELIVERED: 08-05-2006

**Case Style:** 2:04-CV-26, Marco Island Cable v Comcast
Transcript of Jury Trial Day 6, 7/18/06
Sent email on 8/5/07 to Mr. Baller and Ms. Larson

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 229 | 0.83 | 190.07 | | | | 190.07 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 190.07 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $190.07 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: R. Joy Stancel    DATE: 8-7-06

*(All previous editions of this form are cancelled and should be destroyed)*

| | | | AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA |

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

**INVOICE NO:** 20050209

**MAKE CHECKS PAYABLE TO:**

Karen Larson
Law Office of Karen Larson
933 Collier Court, C401
Marco Island, FL 34145

Phone:

R. Joy Stancel, RMR-CRR
Federal Official Court Reporter
2110 First Street
Fort Myers, FL 33901

Phone: (239) 461-2064

Tax ID: 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

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 08-01-2006    DATE DELIVERED: 08-07-2006

**Case Style:** 2:04-CV-26, Marco Island Cable v Comcast
Transcript of Jury Trial Day 7, 7/19/06
Sent email on 8/5/07 to Mr. Baller and Ms. Larson

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 306 | 0.83 | 253.98 | | | | 253.98 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 253.98 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $253.98 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    *R. Joy Stancel*    DATE  8-7-06

*(All previous editions of this form are cancelled and should be destroyed)*

| | AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA | |
|---|---|---|---|

INVOICE NO: 20050212

**MAKE CHECKS PAYABLE TO:**

Karen Larson
Law Office of Karen Larson
933 Collier Court, C401
Marco Island, FL 34145

Phone:

R. Joy Stancel, RMR-CRR
Federal Official Court Reporter
2110 First Street
Fort Myers, FL 33901

Phone: (239) 461-2064

Tax ID: 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

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 08-01-2006   DATE DELIVERED: 08-08-2006

**Case Style:** 2:04-CV-26, Marco Island Cable v Comcast
Transcript of Jury Trial Day 8, 7/20/06
Sent by email to Mr. Baller & Ms. Larson

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 311 | 0.83 | 258.13 | | | | 258.13 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.   MISC. CHARGES:

| | |
|---|---|
| TOTAL: | 258.13 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $258.13 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *R Joy Stancel*   DATE: 8-8-06

(All previous editions of this form are cancelled and should be destroyed)

| | | |
|---|---|---|
| AO44 (Rev. 12/89) | | |

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 20050213

**MAKE CHECKS PAYABLE TO:**

Karen Larson
Law Office of Karen Larson
933 Collier Court, C401
Marco Island, FL 34145

Phone:

R. Joy Stancel, RMR-CRR
Federal Official Court Reporter
2110 First Street
Fort Myers, FL 33901

Phone: (239) 461-2064

Tax ID: 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

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 08-01-2006   DATE DELIVERED: 08-08-2006

**Case Style:** 2:04-CV-26, Marco Island Cable v Comcast
Transcript of Jury Trial Day 9, 7/21/06
Sent by email to Mr. Baller & Ms. Larson

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 156 | 0.83 | 129.48 | | | | 129.48 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 129.48 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $129.48 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *R. Joy Stancel*   DATE: 8-8-06

(All previous editions of this form are cancelled and should be destroyed)