**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| **MARCO ISLAND CABLE, INC.,** a Florida corporation<br><br>    Plaintiff<br><br>v.<br><br>**COMCAST OF THE SOUTH, INC.,** a Colorado corporation<br><br>    Defendant. | **CASE NO. 2:04-cv-26-FtM-29-DNF** |

**JOINT NOTICE OF SETTLEMENT OF ATTORNEY FEES AND COSTS**

PLEASE TAKE NOTICE that Plaintiff's Motion for Attorney Fees and Costs, D.E. 512, has been resolved by agreement of the parties. Plaintiff has already acknowledged satisfaction of the underlying judgment in its favor, see D.E. 531, and there are no remaining issues pending before the Court in this action.

/s/ Jaime A. Bianchi
Jaime A. Bianchi
Fla. Bar No. 908533
David P. Draigh
Fla. Bar No. 624268

White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Tel.: (305) 371-2700
Fax: (305) 358-5744
jbianchi@whitecase.com
ddraigh@whitecase.com

*Counsel for Defendant Comcast of the South, Inc.*

/s/ James Baller
James Baller
Sean Stokes

MIAMI 855973 (2K)

2

The Baller Herbst Law Group
2014 P Street, NW
Washington, D.C. 20036
Jim@baller.com
(202) 833-1144

Karen Larson
933 Collier Court C401
Marco Island, FL  34145
karenlarson@marcocable.com
(310) 962-4768

*Counsel for Marco Island Cable, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of December 2009, one true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/Jaime A. Bianchi
      Jaime A. Bianchi